# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  REAPPOINTMENT TO THE
APPELLATE COURT PROCEDURAL
RULES COMMITTEE

:  No. 261
:
:  APPELLATE COURT RULES
:
:

## ORDER

**PER CURIAM**

**AND NOW**, this 19th day of April, 2016, Joshua M. Bloom, Esquire, Allegheny County, is hereby reappointed as a member of the Appellate Court Procedural Rules Committee for a term of three years commencing June 30, 2016.